UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOA NHAT DOAN THAI, § <br> § <br> *Petitioner,* § <br> § Civil Action No. 3:25-cv-02221-X-BN <br> v. § <br> § <br> KRISTI NOEM, at al. § <br> § <br> *Respondents.* § | |

## ORDER

Before the Court is Petitioner-Plaintiff Boa Nhat Doan Thai (Thai)'s Emergency Petition for Writ of Habeas Corpus (Doc. 2) and his Emergency Application for Temporary Restraining Order and/or Preliminary Injunction, (Doc. 4), which allege that Thai has been unlawfully civilly detained and placed into an expedited removal proceeding. Thai's petition seeks (1) a writ of habeas corpus ordering his release under reasonable conditions of supervision, (2) an order prohibiting his transfer out of the jurisdiction of this Court during these proceedings, and (3) an order for respondents not to remove Thai to any country other than Vietnam (as he alleges this was the only country the immigration judge designated during removal proceedings). And his motion seeks (1) a temporary order restraining respondents from continuing to detain Mr. Thai and from removing him to any third country unless providing 72-hours notice, (2) an order requiring respondents to show cause as to why a preliminary injunction should not issue, and (3) an emergency hearing.

1

The Court, (i) as a part of its inherent docket control powers,[1] (ii) operating in a manner consistent with the normative practice in this courthouse[2]; and (iii) to ensure the prompt consideration of Petitioner-Plaintiff's requested relief, enters the following order.

IT IS ORDERED THAT:

1. Respondent-Defendants or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until September 18, 2025, when the Court anticipates ruling on the pending emergency motion for temporary restraining order and/or preliminary injunction and the underlying habeas petition.

2. Respondents-Defendants shall file a response to the emergency motion and the habeas petition by August 27, 2025;

3. Petitioner-Plaintiff shall file a reply by August 30, 2025;

4. Counsel for Petitioner-Plaintiff is DIRECTED to notify the Assistant United States.

Attorney for the Northern District of Texas whom he conferred with of this Order within 24 hours of this Order. Further, counsel for Petitioner-Plaintiff shall file a

---

[1] The Fifth Circuit has further recognized the Court's inherent power "to control its own "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *In re Beebe*, 56 F.3d 1384 (5th Cir. 1995).

[2] *See Vergara v. Noem*, No. 3:25-CV-02075-E-BT (N.D. Tex. Aug. 7, 2025) (Brown, J.).

notice on the docket of this case explaining how he complied with providing notice.

**IT IS SO ORDERED** this 19th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE