UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOA NHAT DOAN THAI, §<br>§<br>*Petitioner*, §<br>§<br>v. §<br>§<br>KRISTI NOEM, at al. §<br>§<br>*Respondents*. § | Civil Action No. 3:25-cv-02221-X-BN |

### ORDER

Before the Court is Petitioner-Plaintiff Boa Nhat Doan Thai (Thai)'s Emergency Petition for Writ of Habeas Corpus (Doc. 2) and Emergency Application for Temporary Restraining Order and/or Preliminary Injunction, (Doc. 4), which allege that Immigrations and Customs Enforcement failed to provide the interview and notice that 8 U.S.C. § 241.13(i)(3) requires. *See* Docs. 4, 12, and 13. The Court **ORDERS** the respondents to file a sur-reply to Thai's reply (Doc. 12) explaining (1) whether the respondents have, as of the date of their sur-reply, abided by the procedural requirements of 8 U.S.C. § 241.13(i)(3) supported by a declaration or affidavit of an individual with personal knowledge of the occurrence of such requirements, and (2) the then-current status of requesting travel documents related to Thai specifically. The respondents shall file their sur-reply by no later than 9 a.m. CT on September 7, 2025.

**IT IS SO ORDERED** this 3rd day of September, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE